# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LARRY ANTHONY WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2690

————————————————

October 24, 2025

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

Blair Allen, Public Defender, and Greg Bushn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.